**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULUS MARIANO,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, Warden–Facility Administrator, Adelanto ICE Processing Center; THOMAS P. GILES, Director of Los Angeles Field Office; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; and TODD BLANCHE, Attorney General of the United States,<br><br>Respondents. | Case No. 5:26-cv-04210-MCS-DFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Petition and Motions, it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus is denied, and this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 29, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE