UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:26-cv-04210-MCS-DFM** | Date | August 7, 2026 |
| Title | ***Mariano v. Janecka*** | | |

| | |
|---|---|
| Present: The Honorable | Mark C. Scarsi, United States District Judge |

| | |
|---|---|
| Stephen Montes Kerr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER STRIKING RESPONSES TO PETITION (ECF NOS. 10–12)**

After the Court entered a judgment dismissing this habeas petition, (J., ECF No. 8), Respondents James Janecka et al. filed two separate responses to the petition, (Answer, ECF No. 10; Response, ECF No. 11.) Respondents thereafter filed a notice of errata indicating they "inadvertently filed a habeas response for another case under the caption and case number for this case," and request that the second response be stricken or sealed. (Notice of Errata, ECF No. 12.)

Neither response is pertinent because the Court dismissed the petition before their filing. Both are stricken. Fed. R. Civ. P. 12(f).

**IT IS SO ORDERED.**